# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RANTHONY J STEPHENSON                    PLAINTIFF

v.                  No. 4:18-cv-615-DPM

DOC HOLLADAY,
Pulaski County Jail                          DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2018